■ The People of the State of New York, Respondent, v. Alfonso Palma, Appellant.— Motion by appellant to enlarge time granted; appellant to

perfect the appeal for the March 1961 Term. The appeal is ordered on the calendar for said term. Nolan, P. J., Beldock, Kleinfeld, Pette and Brennan, JJ., concur.